KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00360 PJH |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 6, 2005 TO AUGUST 29, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| SALVADOR LOPEZ-GUERRERO ) | |
|     Defendant. ) | |

    The parties appeared before the Court on July 6, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status/change of plea/trial setting hearing date of August 31, 2005, at 1:30 p.m. and alternatively, scheduling a motions hearing date of September 7, 2005 at 1:30 p.m. before the Honorable Phyllis J. Hamilton. The Court further enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 6, 2005 to August 29, 2005. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

STIPULATION AND ORDER
CR 05-00360 PJH

1  diligence, during the period from July 6, 2005 through August 10, 2005.  Failure to grant the
2  requested continuance also would deny the defendant continuity of counsel since defense counsel
3  will be out of the district and unavailable from August 10, 2005 through August 29, 2005.
4     2. Given these circumstances, the Court found that the ends of justice served by excluding
5  the period from July 6, 2005 to August 29, 2005, outweigh the best interest of the public and the
6  defendant in a speedy trial.  Id. § 3161(h)(8)(A).
7     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
8  July 6, 2005 to August 29, 2005, be excluded from Speedy Trial Act calculations under 18
9  U.S.C. § 3161(h)(8)(A) & (B)(iv).
10    4. The Court scheduled a status/change of plea/trial setting hearing date of August 31, 2005,
11 at 1:30 p.m. and alternatively, scheduled a motions hearing date of September 7, 2005 at 1:30
12 p.m. before the Honorable Phyllis J. Hamilton
13    IT IS SO STIPULATED.

15 DATED: _____                             /S/
                                            _____
16                                          Special Assistant United States Attorney

17
18 DATED: _____                             /S/
                                            _____
                                            RONALD C. TYLER
19                                          Attorney for Salvador Lopez-Guerrero
      IT IS SO ORDERED.

21 DATED: 7/12/05
          _____    _____
22                                       HON. PHYLLIS J. HAMILTON
                                         United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 6, 2005 TO AUGUST 29, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

    **Via Hand Delivery**
**Ronald Tyler**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2005

                                           /S/
                                Ponly J. Tu
                                Legal Assistant (Immigration)
                                United States Attorney's Office