KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SALVADOR LOPEZ-GUERRERO<br>Defendant. | No. CR 05-00360 PJH<br><br>~~[PROPOSED]~~ ORDER AND STIPULATION EXCLUDING TIME FROM JULY 6, 2005 TO AUGUST 29, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on July 6, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status/change of plea/trial setting hearing date of August 31, 2005, at 1:30 p.m. and alternatively, scheduling a motions hearing date of September 7, 2005 at 1:30 p.m. before the Honorable Phyllis J. Hamilton. The Court further enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 6, 2005 to August 29, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

diligence, during the period from July 6, 2005 through August 10, 2005. Failure to grant the requested continuance also would deny the defendant continuity of counsel since defense counsel will be out of the district and unavailable from August 10, 2005 through August 29, 2005.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 6, 2005 to August 29, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 6, 2005 to August 29, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a status/change of plea/trial setting hearing date of August 31, 2005, at 1:30 p.m. and alternatively, scheduled a motions hearing date of September 7, 2005 at 1:30 p.m. before the Honorable Phyllis J. Hamilton

IT IS SO STIPULATED.

DATED: ____________________

/S/
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: ____________________

/S/
RONALD C. TYLER
Attorney for Salvador Lopez-Guerrero

IT IS SO ORDERED.

DATED: 7/22/05

HON. PHYLLIS J. HAMILTON
United States District Judge