IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 05-0360 PJH |
| vs. | ) STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| SALVADOR LOPEZ-GUERRERO, | ) |
| Defendant. | ) |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from December 7, 2005 until February 15, 2005 at 1:30 p.m. The purpose of the continuance is to allow time to finalize the presentence process. United States Probation Officer Lynn Richards is available on the date requested for sentencing.

It is so stipulated.

DATED: November 8, 2005          /S/
                                  RONALD TYLER
                                  Assistant Federal Public Defender
                                  Counsel for Salvador Lopez Guerrero


DATED: November 8, 2005          /S/
                                  NAHLA RAJAN
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/9/05

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING